NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**SEAL4SAFTI, INC.,**
*Plaintiff-Appellant*

**v.**

**CALIFORNIA EXPANDED METAL PRODUCTS CO.,**
*Defendant-Appellee*

_____

2023-1120

_____

Appeal from the United States District Court for the Central District of California in No. 2:20-cv-10409-MCS-JEM, Judge Mark C. Scarsi.

--------------------------------------------------

**In re:  CALIFORNIA EXPANDED METAL PRODUCTS CO.,**
*Defendant-Appellant*

_____

2023-1140

_____

Appeal from the United States District Court for the Central District of California in No. 2:20-cv-10409-MCS-JEM, Judge Mark C. Scarsi.

_____

## ON MOTION

---

## O R D E R

Seal4Safti, Inc., ("S4S"), moves to voluntarily dismiss its Appeal No. 2023-1120 pursuant to Federal Rule of Appellate Procedure 42(b).  California Expanded Metal Products Co., ("CEMCO"), responds stating that "[n]otwithstanding S4S's dismissal of its appeal, CEMCO intends to proceed on its cross-appeal."  ECF No. 14 at 2.  S4S states that it will not participate in CEMCO's cross-appeal No. 2023-1140.  ECF No. 16 at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  S4S's motion is granted to the extent that Appeal No. 2023-1120 is dismissed.  The official captions and short caption for Appeal No. 2023-1140 are revised as reflected above.

(2)  The parties shall bear their own costs with respect to the dismissal of Appeal No. 2023-1120.

(3)  CEMCO's opening brief in Appeal No. 2023-1140 is due no later than sixty days from the date of filing of this order and the appendix is due no later than twenty-one days thereafter.

FOR THE COURT

March 16, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2023-1120): March 16, 2023